IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                                          CRIMINAL NO. 1:19CR48
                                               (Judge Keeley)

**GARRETT MICHAEL CARRIGAN,**

    **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 33]**

    Following testimony by the defendant, Garrett Michael Carrigan ("Carrigan"), and after hearing the arguments of the parties, for reasons stated on the record at the hearing held on October 16, 2019, this Court **ADOPTS** the recommendation of United States Magistrate Judge Michael J. Aloi, grants the joint oral motion to dismiss the complaint, and **DISMISSES** the complaint (Dkt. No. 1) with prejudice.

    It is so **ORDERED.**

    The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 16, 2019

                                                 /s/ Irene M. Keeley
                                               IRENE M. KEELEY
                                               UNITED STATES DISTRICT JUDGE